**In re HILLS.** (Supreme Court, Appellate Division, Second Department. June 12, 1914.) In the matter of the final judicial settlement of the account of proceedings of Arthur T. Hills, as executor, etc., of Margaret Isabella Williams, deceased. No opinion. Order of the Surrogate's Court of Westchester County affirmed, with $10 costs and disbursements.

**HILTON v. HILTON.** (Supreme Court, Appellate Division, Fourth Department. May 29, 1914.) Action by Fred Hilton against Hobart Hilton. No opinion. Defendant's motion for new trial denied, with costs.

**HIRSCH et al., Appellants, v. JACOBY, Respondent.** (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Charles S. Hirsch and others against Joseph Jacoby. M. G. Holstein, of New York City, for appellants. Maurice Meyer, of New York City, for respondent. No opinion. Determination, judgment, and order affirmed, with costs. Order filed. For opinion below, see 146 N. Y. Supp. 179.

**HODGES, Respondent, v. PIONEER IRON WORKS, Appellant.** (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Dayton Hodges against the Pioneer Iron Works. No opinion. Order affirmed, with $10 costs and disbursements.

**In re HOLLANDER et al.** (Supreme Court, Appellate Division, First Department. June 19, 1914.) In the matter of the application of Barnett L. Hollander and others to have their lien for services as attorneys determined and enforced against Isaac Voron and another. Alexander Thain, of New York City, for appellants. Barnett L. Hollander, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 1116.

**HOLMAN, Respondent, v. CITY OF BUFFALO, Appellant.** (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Samuel Holman against the City of Buffalo. PER CURIAM. Judgment and order affirmed, with costs. LAMBERT and MERRELL, JJ., dissent, upon the ground that plaintiff failed to file the notice required by section 1 of chapter 572 of the Laws of 1886, showing the place at which the injuries complained of were received.

**HORENBURGER v. ERICSSON et al.** (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Hermann Horenburger against Albertine E. Ericsson and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

**HOROWITZ, Respondent, v. EIDT, Appellant.** (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by 148 N.Y.S.—71

Moses Horowitz, an infant, etc., against John C. Eidt. C. S. Petrasch, of New York City, for appellant. J. L. Gibson, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

**In re HORTON'S WILL.** (Supreme Court, Appellate Division, Second Department. June 19, 1914.) In the matter of the application for ancillary letters testamentary on the last will and testament of George W. Horton, deceased. No opinion. Motion to dismiss appeal denied, upon condition that appellant file her bond within 15 days after the service of the order to be entered herein, and notice of entry; otherwise, motion granted, with costs. See, also, 148 N. Y. Supp. 18; 148 N. Y. Supp. 1121.

**In re HORTON'S WILL.** (Supreme Court, Appellate Division, Second Department. June 26, 1914.) In the matter of proving the last will and testament of George W. Horton, deceased. No opinion. Motion for reargument denied, with $10 costs, upon the ground that the facts stated in the moving papers were not part of the original record, and cannot be considered. For former opinion, see 148 N. Y. Supp. 18. See, also, 148 N. Y. Supp. 1121.

**HORWITZ v. UNITED FIREMEN'S INS. CO. OF PHILADELPHIA. SAME v. NORTH BRITISH & MERCANTILE INS. CO. OF LONDON & EDINBURGH. SAME v. EQUITABLE FIRE & MARINE INS. CO.** (Nos. 6077-6079.) (Supreme Court, Appellate Division, First Department. June 19, 1914.) Appeal from Special Term, New York County. Separate actions by Charles Horwitz against the United Firemen's Insurance Company of Philadelphia, against the North British & Mercantile Insurance Company of London & Edinburgh, and against the Equitable Fire & Marine Insurance Company. Plaintiff's motion for bills of particulars granted, and defendants appeal. Modified and affirmed. Leo Levy, of New York City, for appellants. Otto C. Sommerich, of New York City, for respondent. PER CURIAM. Subdivision 4 of the notice of motion was entirely unnecessary, considering the other clauses of the order as to which the defendants were required to give particulars. The orders are modified, by striking out the fourth demand for particulars, and, as so modified, affirmed, without costs.

**HOSSNER, Appellant, v. RHINESTONE PRODUCTS Co. et al., Respondents.** (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by Joseph Hossner, on behalf of himself, etc., against the Rhinestone Products Company and others. S. Leavitt, of New York City, for appellant. A. B. Nathan, and B. Berger, both of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

**HOUSE, Appellant, v. TAYLOR et al. Respondents.** (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by